UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILFRIED LEAMMON, | Case No. 1:16-CV-000522-EJL |
| Plaintiff, | **ORDER** |
| v. | |
| SUMMIT FUDNING, INC., a California corporation, | |
| Defendant. | |

This matter is before the Court on a Defendant's Motion to Compel Arbitration and to Dismiss Plaintiff's Complaint in Lieu of an Answer to the Complaint (Dkt. 8). Plaintiff filed a Notice of Non-Opposition (Dkt. 10) agreeing to arbitration and seeking to stay the instant action pending the arbitration proceedings. Defendant also filed a Reply (Dkt.11). Having fully reviewed the record, the Court finds that the facts and legal arguments are adequately presented in the briefs and record. Accordingly, in the interest of avoiding further delay, and because the Court conclusively finds the decisional process would not be significantly aided by oral argument, this matter shall be decided on the record before this Court without oral argument.

**ORDER - 1**

**THEREFORE, IT IS HEREBY ORDERED:**

Defendant's Motion to Compel Arbitration and to Dismiss Plaintiff's Complaint in Lieu of an Answer to the Complaint (Dkt. 8) is GRANTED IN PART AND DENIED IN PART. The parties are ordered to pursue arbitration on Plaintiff's claims set forth in the Complaint. The Clerk of Court is directed to administratively terminate this action without prejudice, to the right of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation after the arbitration process is completed.

DATED: **January 23, 2017**

_____
Honorable Edward J. Lodge
U. S. District Judge